**CHARLES R. WILSON**
CIRCUIT JUDGE



March 6, 2007

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

**SELF INITIATED
AMENDMENT**

RECEIVED
2007 MAR -7 A 11:34
FINANCIAL DISCLOSURE OFFICE

Dear Sir/Madam:

Please accept this letter and three copies as an **Amendment** to my Financial Disclosure Report For Calendar Year 2005.

The amendment is to **III. Non-Investment Income** which should be amended to reflect as follows:

**B.  Spouse's Non-Investment Income:**

<u>DATE</u>    <u>SOURCE AND TYPE</u>

1.  2005    Suntrust Bank Salary

I inadvertently omitted this information previously, and amend to correct it. I certify to the accuracy and completeness of the Report as amended.

Sincerely,



Charles R. Wilson

CRW/ejb

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Wilson, Charles R | 2. Court or Organization  USCA, 11th Circuit | 3. Date of Report  03/06/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2006  to  12/31/2006 |
| 7. Chambers or Office Address  U.S. Courthouse  801 N. Florida Avenue, 16-B  Tampa, FL 33602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Council Member | Notre Dame Law School Advisory Council |
| 2. Member | American Bar Association Accreditation Committee |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAR -7 A 11: 35 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Suntrust Bank Salary |
| 2. | 2006 | Am South Bank Salary |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R | 03/06/2007 |

15. _____

16. _____

17. _____

18. _____

19. _____

20. _____

21. _____

22. _____

23. _____

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | University of Notre Dame | Notre Dame, IN, Sept. 28-30 (meals and lodging) unrelaed to duty |
| 2. | American Bar Association | Beaver Creek, CO, Jan. 5-7, CLE Seminar (meals, lodging and transportation) |
| 3. | American Bar Association | Phoenix, AZ Jan. 19-22, Accreditation Cmte. (meals, lodging and transportation) |
| 4. | Rutgers - Newark Law School | April 3-5, ABA accreditation (meals, lodging and transportation) |
| 5. | American Bar Association | Chicago, IL, April 20-22, Accreditation Cmte. (meals, lodging and transportation) |
| 6. | American Bar Association | Minneapolis, MN, June 22-24, Accreditation Cmte. (meals, lodging and trnasportation) |
| 7. | University of Pacific McGeorge School of Law | Salzburg, Austria, July 16-19, Accreditation Cmte. (meals, lodging and transportation) |
| 8. | American Bar Association | San Diego, CA, Oct. 1-2, Accreditation Cmte. (meals, lodging and transportation) |
| 9. | Valapraiso Law School | Valapraiso, IN, Oct. 31-Nov. 2, Valapraiso Law School Moot Court, (meals, lodging and transportation) |
| 10. | Cornell Law School | Ithaca, NY, Nov. 17-19, Cornell Law School Moot Court, (meals, lodging and transportation) |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R | 03/06/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mortgage on ▮▮▮▮ home (Santa Rosa Beach, FL) (part VII, line 1) | M |
| 2. | Capital One | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R | 03/06/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▮▮▮▮ home, Santa Rosa Beach, FL | E | Rent | O | W | | | | | |
| 2. Condominium, Tampa, FL | | None | O | W | | | | | |
| 3. Suntrust 401K, widely diversified | A | Int./Div. | K | T | | | | | |
| 4. Suntrust Mutual Funds | A | Int./Div. | J | T | | | | | |
| 5. Suntrust Money Market Funds | A | Int./Div. | J | T | | | | | |
| 6. Am South Stock Plan | A | None | J | T | buy | 1/2/0 | J | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R | 03/06/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____ te _March 6, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544